## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **16M173**
2) Defendant's Name: Skoro (Last) Blerim (First) Ramadan (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No  Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___No  Date/Time: 3/2/16
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ✓
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: ✓
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: Ryan Harris + Keith Edelman
14) DEFENSE COUNSEL'S NAME: Joshua Dratel
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ___ RET: ✓
    Telephone Number: ( )
15) LOG #: 3:14 - 3:26 - not seal  MAG. JUDGE: Reyes   sealed
16) sealed (3:27 - 3:29) (3:40 - 3:55) - ex parte by gov't.
    ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____ 4:29
    (4:05 - 4:12)  (4:23 - 4:28)

Other Comments/Rulings: Def. Cnsl to submit motion to disqualify Mr. Dratel
by 3/4/16 to Misc. Judge. Response by 3/11/16.

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No   not sealed

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE