# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number :

Blerim Skoro
Defendant.

Judge :

Date : 3/2/16

PLEASE NOTICE, that I have been RETAINED by Blerim Skoro the above named defendant. I was admitted to practice in this district on 1985 .

**Signature :** Josh T. Dratel

**Print Name :** Joshua L. Dratel

**Bar Code :** 1795954

**Office Address :** 29 Broadway Ste 1412
NY, NY 10006

**Telephone # :** 212 732 0707

*** NOTICE TO ATTORNEY***

　　**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.