UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ X

UNITED STATES OF AMERICA

       - against -

BLERIM SKORO,

              Defendant.

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ X

              UNSEALING ORDER

              Docket No. 16-M-173

       Upon the application of ROBERT L. CAPERS, United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Keith D. Edelman, for an

order unsealing the complaint and arrest warrants in the above-captioned matter.

       WHEREFORE, it is ordered that the complaint and arrest warrants in the

above-captioned matter be unsealed.

Dated:     Brooklyn, New York
           March 3, 2016

                      S/ Ramon E. Reyes, Jr.

                      _____

                      HONORABLE RAMON E. REYES, JR.
                      UNITED STATES MAGISTRATE JUDGE
                      EASTERN DISTRICT OF NEW YORK