KDE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -                                                16-MJ-173 (RER)

BLERIM RAMANDAN SKORO,

               Defendant.

– – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Keith D. Edelman from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to "United States of America" in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Keith D. Edelman
      United States Attorney's Office (Criminal Division)
      271 Cadman Plaza East, 4th Floor
      Brooklyn, New York 11201
      Tel:  (718) 254-6328
      Fax: (718) 254-6605
      Email: Keith.Edelman@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Keith D. Edelman at the email address set forth above.

Dated: Brooklyn, New York
       March 4, 2016

                                      Respectfully submitted,

                                      ROBERT L. CAPERS
                                      United States Attorney

                          By:   /s/ Keith D. Edelman
                                      Keith D. Edelman
                                      Assistant U.S. Attorney

cc: Clerk of the Court (RER) (by ECF)
     Counsel of Record (by ECF)