## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** ___James Orenstein___   **DATE :** ___3/11/16___

DOCKET NUMBER: ___16-173M___   LOG # : ___4:38 – 5:35___

DEFENDANT'S NAME : ___Blerim Ramadan Skoro___
__✓__ Present   ___ Not Present   __✓__ Custody   ___ Bail

DEFENSE COUNSEL: ___Joshua Dratel___
___ Federal Defender   __ CJA   __✓__ Retained

A.U.S.A: ___Keith Edelman___   DEPUTY CLERK : ___Felix Chin___

INTERPRETER : _____   (Language) _____

___Detention___ Hearing held. _____ Hearing adjourned to_____

_____ Defendant was released on_____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type_____   Start_____ Stop _____

_____ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop _____

_____ Defendant's first appearance.   _____Defendant arraigned on the indictment.

_____ Attorney Appointment of ____ FEDERAL DEFENDER _____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

OTHERS : Dft advised of potential conflict with defense counsel. ~~Govt~~ Govt opposed any bail package that will be presented by the dfse. Dfse counsel presented a bail package with 2 properties and 10 sureties. Court denied package. Order of detention ~~entered~~ remains in effect.