# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG.** Viktor Pohorelsky         **DATE:** 3/25/16

**DOCKET NUMBER:** 16 M 173         **LOG #:** 11:15- 11:17

**DEFENDANT'S NAME:** Blerim Skoro

✓ Present     ___ Not Present     ✓ Custody     ___ Bail

**DEFENSE COUNSEL:** Joshua Dratel

___ Federal Defender     ___ CJA     ✓ Retained

**A.U.S.A:** Keith Edelman         **DEPUTY CLERK:** S M Yuen

**INTERPRETER:** _____     (Language) _____

____ Hearing held. _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type____   Start 3/25/16   Stop 4/22/16

____ Order of Speedy Trial entered.   Code Type____   Start____   Stop____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____