## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Roanne L. Mann         **DATE :**   4/22/16

**DOCKET NUMBER:**   16-173M         **LOG # :**   11:43 – 11:46

**DEFENDANT'S NAME :**   Blerim Skoro
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL:**   Joshua Dratel
   ___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:**   Nomi Berenson for Keith Edelman   **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____ (Language) _____

__Status__ Hearing held.  _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** Complaint dismissed without prejudice.