```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK

-------------------------------X  Docket#
UNITED STATES OF AMERICA,      :  16-mj-00173-RER-1
                               :
    - versus -                 :  U.S. Courthouse
                               :  Brooklyn, New York
BLERIM RAMADAN SKORO,          :
            Defendant          :  April 22, 2016
-------------------------------X

        TRANSCRIPT OF CRIMINAL CAUSE FOR PROCEEDING
            BEFORE THE HONORABLE ROANNE L. MANN
            UNITED STATES CHIEF MAGISTRATE JUDGE
```

**A   P   P   E   A   R   A   N   C   E   S:**

| | |
|---|---|
| **For the Government**: | **Robert L. Capers, Esq.** |
| | United States Attorney |
| BY: | **Nomi Berenson, Esq.** |
| | Assistant U.S. Attorney |
| | 271 Cadman Plaza East |
| | Brooklyn, New York  11201 |
| **For the Defendant**: | **Joshua L. Dratel, Esq.** |
| | Law Offices of |
| | Joshua L. Dratel, P.C. |
| | 2 Wall Street |
| | 3rd Floor |
| | New York, NY 10005 |
| **Transcription Service**: | **Transcriptions Plus II, Inc.** |
| | 61 Beatrice Avenue |
| | West Islip, New York 11795 |
| | laferrara44@gmail.com |

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

                                                                    2
                            Proceedings

1              THE CLERK: Criminal Cause for a Status
2    Conference, case number 16-m-173, United States v. Blerim
3    Skoro.
4              Counsel, your name for the record?
5              MS. BERENSON:  Nomi Berenson on behalf of the
6    government, standing in for Assistant U.S. Attorney Keith
7    Edelman.
8              MR. DRATEL:  Good morning, your Honor.
9              Joshua Dratel for Mr. Skoro who is standing
10   beside me.
11             THE COURT:  Good morning.
12             I understand that the government is seeking to
13   dismiss the complaint without prejudice, correct?
14             MS. BERENSON:  Yes, your Honor.
15             THE COURT:  And the form that's been signed
16   says, "Defendant is in custody and should be released"
17   and with a notation, "subject to pending detainers."
18             What detainers are in place, if you know?
19             MS. BERENSON:  My understanding from Mr.
20   Edelman, your Honor, is that there is an ICE detainers on
21   the defendant.  I don't have any further information
22   about it though.
23             THE COURT:  All right.  And Mr. Dratel, do you
24   happen to know?
25             MR. DRATEL:  No, because I don't think Mr.

                                                                    3
                            Proceedings

1  Skoro has been served with a detainers.  No, he has not
2  been served.  My understanding is there are different
3  types of detainers.  That one is a notice detainers which
4  does not require mandatory detention and the other is
5  customary forty-eight hour detainers for ICE to act.  So
6  I think the marshals have that detainers but I would
7  argue that Mr. Skoro can and should be released if it's a
8  notice detainers, which does not require mandatory
9  detention.
10             THE COURT:  Well, do you have an application
11 now because I am just going to -- I don't have enough
12 information.  I am going to sign this order and then the
13 marshals can sort through the paperwork and if later in
14 the day, you have an application that you want to make
15 about whether or not your client should be released, I
16 will hear from  you but right now, I don't know what's on
17 file.  All right?
18             MR. DRATEL:  Thank you, your Honor.
19             THE COURT:  Anything else?
20             MS. BERENSON:  No, your Honor.
21             THE COURT:  Thank you very much.
22             MR. DRATEL:  Thank you.
23                      (Matter concluded)
24                            -oOo-
25

4

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **26th** day of **May**, 2016.

*Linda Ferrara*
Linda Ferrara

CET**D 656

Transcriptions Plus II, Inc.